IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR BERNABE,

        Plaintiff,                    No. CIV S 05-2522 LKK CMK P

    vs.

TERSA A. SCHWARTZ, WARDEN, et al.,

        Defendants.

_____/        <u>ORDER</u>

        Plaintiff has filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). Currently pending before the court is plaintiff's "Motion to File Supplemental Declaration of Complaint and to Proceed in Forma Pauperis." (Doc. 6.)

        On December 29, 2005, the court ordered plaintiff to, within thirty days, submit a certified copy of his prison trust account statement for the past six months. On January 18, 2006, plaintiff, in compliance with the court's order, submitted a certified copy of his prison trust account statement for the past six months. Plaintiff also filed the instant motion to file a

///

///

"supplemental declaration of complaint." A reading of plaintiff's motion reveals that, while he has detailed several aspects of his allegations against defendants and included several exhibits, the complaint is not complete in itself.

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading "once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). However, an amended or supplemental complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once an amended pleading is filed, the original pleading no longer serves any function in the case. Id.; see also E.D. Local Rule 15-220. Although the allegations of this pro se complaint are held to "less stringent standards than formal pleadings drafted by lawyers," Haines v. Kerner, 404 U.S. 519, 520 (1972) (per curiam), plaintiff will be required to comply with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California.

Plaintiff's "supplemental declaration of complaint" does not comply with either the Federal Rules of Civil Procedure or the Local Rules of the Eastern District of California in that it is not complete in itself. Instead, it supplements plaintiff's complaint filed on December 9, 2005.

Accordingly, IT IS ORDERED that plaintiff is granted thirty days to file an amended pleading. Should plaintiff fail to file an amended complaint, the court will assume that plaintiff has elected to proceed on his complaint submitted on December 9, 2005.

DATED: January 25, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE