1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10    EDGAR BERNABE,

11             Plaintiff,                        No. CIV S-05-2522 LKK CMK P

12        vs.

13    TERESA A. SWARTZ, et al.,

14             Defendants.

15    _____/          ORDER

16          Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.   This

17    proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. §

18    636(b)(1).  On March 27, 2006, plaintiff filed a "Notice of Motion and Motion in Request for

19    Stay."

20          In his motion, plaintiff states that on March 9, 2006, he was moved to

21    administrative segregation, and he has no access to his legal papers.  Consequently, plaintiff will

22    not be able to file an amended complaint within thirty days as directed by the court's March 3,

23    2006 order.  Plaintiff expects to be in administrative segregation for 90 days, and he requests that

24    the court stay this action until July 15, 2006.

25          The court construes plaintiff's March 27, 2006 filing as a motion for an extension

26    of time to file an amended complaint.  While the court is not unsympathetic to plaintiff's

      circumstances, the court has an obligation to promote the just and efficient determination of the

1 case, which includes considering whether the proceedings likely will conclude within a

2 reasonable time.  Accordingly, the court cannot grant plaintiff a 120 extension of time to file his

3 amended complaint.

4         IT IS ORDERED THAT

5         1.  Plaintiff is granted a 45 day extension of time from the date that this order is

6 filed to file his amended complaint;

7         2.  The court expects plaintiff to be diligent in his attempts to meet the new

8 deadline, however, should plaintiff be unable to file his complaint by the required date, plaintiff

9 must request an additional extension of time.  Failure to file an amended complaint or a request

10 for an extension of time within the prescribed time limit may result in a recommendation that this

11 action be dismissed. See Local Rule 11-110.

12

13 DATED:   March 29, 2006.

14

15                                                       
                    **CRAIG M. KELLISON**

16                     UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26