IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR BERNABE,

    Plaintiff,                    No. CIV S-05-2522 LKK CMK P

    vs.

TERESA A. SCHWARTZ, et al.,

    Defendants.

_____/    <u>ORDER</u>

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). On March 3, 2006, the court dismissed plaintiff's complaint with leave to amend. On March 30, 2006, the court granted plaintiff an extension of time, until May 15, 2006 to file an amended complaint. When plaintiff failed to file an amended complaint as directed, the court, on May 26, 2006, filed findings and recommendations recommending that this action be dismissed for failure to state a claim.

        On June 27, 2006, plaintiff filed objections to the May 26, 2006 findings and recommendations. Plaintiff avers that he failed to file an amended complaint that he was unable

///

///

to file an amended complaint because he has been in administrative segregation and has not had access to his legal materials. Plaintiff also requests a copy of the March 3, 2006 order dismissing his complaint.

Good cause appearing, IT IS ORDERED that:

1. The May 26, 2006 findings and recommendations (doc. 17) are vacated;

2. Plaintiff is granted a thirty day extension from the date this order is filed to file an amended complaint. Should plaintiff require additional time, he must file a request for an extension of time with the court. Failure to do so may result in a recommendation that this action be dismissed. See Local Rule 11-110; and

3. The Clerk of the Court is directed to send plaintiff a copy of the March 3, 2006 order (doc. 11) dismissing his complaint.

DATED: July 5, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2