1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General
5  JAIME M. GANSON, State Bar No. 230206
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-6421
8   Fax: (916) 324-5205
    Email: Jaime.Ganson@doj.ca.gov
9
   Attorneys for Defendants Altchek, Jones, King,
10 McAllister, Nelson, and Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDGAR BERNABE,** | 05-cv-2522 LKK CMK P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT** |
| v. | |
| **TERESA SCHWARTZ, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants are granted a 45-day extension of time to respond to Plaintiff's Complaint. Defendants' responses to Plaintiff's complaint shall be due on or before May 7, 2007.

March 26, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

*Proposed Order*
1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Proposed Order*