IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDGAR BERNABE,** | 2:05-cv-2522 LKK CMK P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT** |
| v. | |
| **TERESA SCHWARTZ, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants are granted a 30-day extension of time to respond to Plaintiff's Complaint. Defendants' responses to Plaintiff's complaint shall be due on or before June 6, 2007.

May 7, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

*Proposed Order*

1