IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR BERNABE,

    Plaintiff,                    No. CIV S-05-2522 LKK CMK P

    vs.

TERESA A. SCHWARTZ, et al.,        ORDER

    Defendants.

                       /

         Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. Pending before the court is petitioner's motion for an extension of time (Doc. 46), filed on July 2, 2007. On June 6, 2007, defendants filed a motion to dismiss (Doc. 44), and amended exhibits (Doc. 45) on June 7, 2007. It is clear from plaintiff's motion for an extension of time that there was some confusion as to the amended exhibits and the motion to dismiss. In response, and to avoid confusion, defendants filed an amended motion to dismiss (Doc. 47), which included all exhibits in the motion. To the extent plaintiff seeks an extension of time to respond to defendants' amended motion to dismiss, the request will be granted.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Doc. 46) is granted; and

2. Plaintiff may file his response to defendants' amended motion to dismiss (Doc. 47) within 30 days of the date of service of this order.

DATED: July 25, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE