IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR BERNABE,

      Plaintiff,                    No. CIV S-05-2522 LKK CMK P

      vs.

TERESA A. SCHWARTZ, et al.,      ORDER

      Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is petitioner's request for a second extension of time (Doc. 50), filed on August 27, 2007.  To the extent plaintiff seeks an extension of time to respond to defendants' amended motion to dismiss, the request will be granted.  Plaintiff is cautioned that a response to a motion to dismissed is not the proper place to raise additional constitutional violations.

      Accordingly, IT IS HEREBY ORDERED that:

      1.      Plaintiff's second request  for an extension of time (Doc. 50) is granted; and

/ / /

1

2.      Plaintiff may file his response to defendants' amended motion to dismiss (Doc. 47) within 30 days of the date of service of this order.

DATED: September 5, 2007.

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE