IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR BERNABE,

    Plaintiff,                    No. CIV S-05-2522 LKK CMK P

    vs.

TERESA A. SCHWARTZ, et al.,       ORDER

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is petitioner's request for a third extension of time (Doc. 52), filed on October 9, 2007.  Good cause appearing, this request is granted.  Plaintiff may file his response to defendants' amended motion to dismiss (Doc. 47) within 30 days of the date of service of this order. Plaintiff is again cautioned that a response to a motion to dismiss is not the proper place to raise additional constitutional violations.

    SO ORDERED.

DATED: October 16, 2007                           /s/ Craig M. Kellison
                                                      CRAIG M. KELLISON
                                                      UNITED STATES MAGISTRATE JUDGE