IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR BERNABE,

    Plaintiff,                          No. CIV S-05-2522 LKK CMK P

   vs.

TERESA A. SCHWARTZ, et al.,        ORDER

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is petitioner's request for a fourth extension of time (Doc. 54), filed on November 21, 2007. Good cause appearing, this request will be granted. Plaintiff may file his response to defendants' amended motion to dismiss (Doc. 47) within 30 days of the date of service of this order. Plaintiff is cautioned however, that no additional extensions will be granted. See Local Rule 6-144. Failure to file an opposition within the time allowed by this order may be deemed a waiver of opposition of the motion. Plaintiff is referred to the January 5, 2007 order (Doc. 37) for information on opposing a motion to dismiss. Plaintiff is again cautioned that an opposition to a motion to dismiss must address the issues raised in the motion and not raise any additional constitutional violations.

1

Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's fourth request for additional time to oppose defendants' motion to dismiss is granted;

    2.    Plaintiff's opposition shall be filed within 30 days of the date of this order; and

    3.    No further extensions will be granted.

DATED: November 29, 2007

*[signature: Craig M. Kellison]*

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2