IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR BERNABE,

    Plaintiff,                        No. CIV S-05-2522 LKK CMK P

    vs.

TERESA A. SCHWARTZ, et al.,        ORDER

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is petitioner's request for appointment of counsel and for a priority library user status order (Doc. 60).

        The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not at this time find the required exceptional circumstances.

1    In addition, plaintiff alleges that court orders are necessary before he can use the law library and he therefore requests that the court issue an order granting him "Preferred Legal User" status.  Plaintiff is not under any present obligation to submit documents within a time certain and thus has not demonstrated that his right of access to the courts is being impaired.  Plaintiff filed his objections to the undersigned's finding and recommendations on February 25, 2008.  No additional action is required by plaintiff at this time.  The court will not set a deadline merely for the purpose of insuring the plaintiff additional library time.

    Accordingly, IT IS HEREBY ORDERED that

    1.    Plaintiff's request for appointment of counsel is denied; and

    2.    Plaintiff's request for an order granting him preferred legal user status is denied.

DATED:  March 5, 2008

*[signature]*

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE