# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR BERNABE,

    Plaintiff,                    No. CIV S-05-2522 LKK CMK P

    vs.

TERESA A. SCHWARTZ, et al.,      ORDER

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On January 31, 2008, the magistrate judge filed findings and recommendations (Doc. 58) herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. Timely objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 31, 2008, are adopted, except with respect to the recommended dismissal of defendants Jones and King;

2. Defendants' motion to dismiss is denied in full;

3. The motion to dismiss the claims against defendants Jones and King for failure to exhaust is denied;

4. The motion to dismiss the claims against Jones and King for failure to state a claim is denied;[1]

5. The motion to dismiss the claims against defendant Nelson for excessive force is denied on the grounds defendants raise;

6. The motion to dismiss the claims against defendants McAllister, Altchek and Ware for failure to state a claim is denied;

7. This case will proceed on plaintiff's Eighth Amendment claims against defendants Nelson, McAllister, Altchek and Ware, and on plaintiff's Fourteenth Amendment right of access to the courts claim against defendants Jones and King;

8. Defendants Nelson, McAllister, Altchek, Ware, Jones, and King shall file an answer to the third amended complaint within 30 days of the date of service of this order; and

9. This matter is referred back to the magistrate judge for further proceedings.

DATED: March 6, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The court finds that the complaint, liberally construed, adequately alleges actual injury caused by inadequate access to legal documents. TAC ¶ 31. Plaintiff's objections to the findings and recommendations also clarify that plaintiff's "other contemplated litigation(s) under 42 U.S.C. § 1983, did not push through for plaintiff [sic] inability to meet deadline(s) or the statute of limitations on appeal."

2