IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR BERNABE,

    Plaintiff,                       No. CIV S-05-2522 LKK CMK P

    vs.

TERESA A. SCHWARTZ, et al.,       ORDER

    Defendants.

/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for appointment of counsel (Doc. 66) and for copies of documents (Doc. 65).

       The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not at this time find the required exceptional circumstances.

1  In addition, plaintiff is requesting copies of documents filed with the court. As a
2  general rule, the court does not provide copies of documents filed with the court. If petitioner
3  feels he is in need of documents filed with this court, he can obtain copies of documents at his
4  own expense from Attorney's Diversified Services (ADS): 1424 21st Street, Sacramento, CA
5  95814. Their phone number is 916-441-4396. Alternatively, the court will provide copies of the
6  docket sheet at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC."
7  In forma pauperis status does not include the cost of copies.

8  Accordingly, IT IS HEREBY ORDERED that
9  1.  Plaintiff's request for appointment of counsel (Doc. 66) is denied;
10 2.  Plaintiff's request for copies (Doc. 65) is denied; and
11 3.  Plaintiff may obtain copies of documents at his own expense through
12 Attorney's Diversified Services.

DATED: June 10, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE