IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR BERNABE,

    Plaintiff,                    No. CIV S-05-2522 LKK CMK P

  vs.

TERESA A. SCHWARTZ, et al.,       <u>ORDER</u>

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for an extension of time (Doc. 76).

        Plaintiff is requesting a 30-day extension of time to respond to defendant's discovery requests.  Defendants filed a statement of non-opposition to this request, but did request an extension of the discovery deadline to accommodate the extension of time.  There appears to have been some difficulty in communication between the parties, and some missing documents.  Defendants state these issues have been resolved, and plaintiff has been reserved the discovery requests, but additional time is needed to complete the discovery.

/ / /

1  Good cause appearing, the requests will be granted.  Plaintiff will have 30 days to
2  complete and serve his discovery responses.  Discovery will remain open until October 15, 2008.
3  Pursuant to the scheduling order previously issued (Doc. 64), dispositive motions shall be filed
4  within 60 days of the close of discovery.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1. Plaintiff's request for an extension of time (Doc. 76) is granted;
7  2. Plaintiff shall complete and serve his discovery responses on defendants
8  within 30 days of the date of service of this order;
9  3. Discovery will remain open until October 15, 2008; and
10  4. With the exception of the discovery cut-off date, the deadlines established
11  in the scheduling order (Doc. 64) remain unchanged.

 DATED:  August 6, 2008

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE