1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   EDGAR BERNABE,                         No. CIV S-05-2522 LKK CMK P

12            Plaintiff,

13        vs.                               <u>ORDER</u>

14   TERESA A. SCHWARTZ, et al.,

15            Defendants.

16   _____/

17            Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge pursuant to

19   Eastern District of California local rules.

20            On December 29, 2009, the Magistrate Judge filed findings and recommendations

21   herein which were served on the parties and which contained notice that the parties may file

22   objections within a specified time.   No objections to the findings and recommendations have

23   been filed.

24            The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the Magistrate Judge's analysis.

26   / / /

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.    The findings and recommendations filed December 29, 2009, are adopted

3    in full;

4        2.    Plaintiff's motion for summary judgment (Doc. 67) is denied.

5    DATED:   February 19, 2009.

6

7

8    _____
     LAWRENCE K. KARLTON
9    SENIOR JUDGE
     UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2