1
2
3
4
5
6
7
8            **IN THE UNITED STATES DISTRICT COURT**
9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   EDGAR BERNABE,
12            Plaintiff,                    No. CIV S-05-2522 LKK CMK P
13        vs.
14   TERESA A. SCHWARTZ, et al.,            ORDER
15            Defendants.
16   _____/
17            Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant
18   to 42 U.S.C. § 1983.   On June 1, 2009, the undersigned issued findings and recommendations
19   recommending this action be dismissed for plaintiff's failure to comply with court orders and
20   failure to respond to discovery requests (Doc. 96).  Plaintiff filed objections to those findings and
21   recommendations (Doc. 97).
22            While it is not clear, Plaintiff appears to claim in his objections that he has in fact
23   complied with the court's order requiring his response to the defendants' discovery requests
24   (mentioning that he sent some documents, and possibly answered some of the interrogatories
25   and/or deposition questions).  He also again requested additional time to respond to the
26   interrogatories, up to July 20, 2009.  It is unclear to the undersigned whether Plaintiff has

1

1   complied with the court's orders that he respond to the outstanding discovery requests, or if he is

2   again requesting additional time to do so.[1]

3            To the extent Plaintiff is requesting additional time to respond to the discovery

4   requests, that request has previously been denied.  The court set a final deadline for the responses

5   to be submitted to the defendants of May 13, 2009.  As of May 26, 2009, the defendants advised

6   the court that no responses had been received.  Plaintiff has now had several more months

7   beyond what his request was in order to comply.  As stated above, there is some indication in his

8   objections that perhaps he has in fact submitted his responses to the outstanding discovery

9   requests.  As such, the court requests a response from the defendants as to whether in fact

10  responses to their discovery requests, especially their interrogatories, have been received.

11           Plaintiff has also again requested the appointment of counsel.  Plaintiff has

12  requested the appointment of counsel several times, and has previously been informed that only

13  in exceptional circumstances may a district court request the voluntary assistance of counsel

14  pursuant to 28 U.S.C. § 1915(e)(1).  See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991).

15  As previously noted, the court does not at this time find the required exceptional circumstances.

16           Accordingly, IT IS HEREBY ORDERED that:

17           1.      Plaintiffs's request for additional time to respond to the discovery requests

18  is denied;

19           2.      Plaintiff's request for the appointment of counsel is denied; and

20  / / /

21  / / /

22

23        [1]      Plaintiff sets forth other objections to the findings and recommendations,
     including the lack of access to the law library.  However, as the defendants have previously
24   argued, access to the law library should not be necessary to respond to interrogatories, and
     Plaintiff fails to explain why such access would be required to prepare his response.  To the
25   extent Plaintiff is claiming the denial of library access violated his right to access the court, as
     well as his claims that he has been treated inhumanely, such claims may be the basis for a new
26   action, but do not effect the issues remaining in this case.

3.      Defendants are requested to file a response to Plaintiff's objections, within 15 days of the date of service of this order, informing the court whether they have received any discovery responses from Plaintiff since May 26, 2009.


DATED:  October 13, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE